# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 310 |
| | : | |
| REAPPOINTMENT TO THE | : | DISCIPLINARY BOARD APPOINTMENT |
| DISCIPLINARY BOARD OF | : | DOCKET |
| PENNSYLVANIA | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of December, 2020 Jerry M. Lehocky, Esquire, Philadelphia, is hereby reappointed as a member of the Disciplinary Board of Pennsylvania for a term expiring April 1, 2024.